**Motion Granted; Abatement Order filed July 7, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00157-CV
_____

**ORLANDO TARANGO MARTINEZ AND SONYA ANN MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MINOR, MARIAH ALEXANDRIA MARTINEZ, DESTINY JANAY MARTINEZ, JULISSA AMARIE MARTINEZ AND ORLANDO MARTINEZ, JR.,** Appellants

**V.**

**DCP MIDSTREAM, LP, JOHN PAUL WHITE AND MARK ANTHONY BARERRA, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-60902**

---

### ABATEMENT ORDER

On June 28, 2016, the parties filed a joint motion to abate the appeal pending a limited remand to approve a settlement agreement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 15, 2016. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM